FILED'05 NOV 04 0754USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CALVIN CHARLES, )
                            )
        Petitioner, )
                            ) Civil No. 97-437-TC
  v.                        )
                            ) ORDER
MANFRED MAASS, )
                            )
        Respondent. )
_____ )

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on September 28, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

1   - ORDER

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed September 28, 2005, in its entirety. Relief on all grounds in the petition before the court is denied, and the petition is dismissed.

IT IS SO ORDERED.

DATED this __3rd__ day of __Nov.__, 2005.

_____
UNITED STATES DISTRICT JUDGE